JUSTICE BLACKMUN, dissenting.

Adhering to my view that the death penalty cannot be imposed fairly within the constraints of our Constitution, see my dissent in *Callins* v. *Collins*, 510 U. S. 1141, 1143 (1994), I would grant certiorari and vacate the death sentences in these cases.

No. 93–7765. MERLOS *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. JUSTICE GINSBURG took no part in the consideration or decision of this petition.

No. 93–8161. HOLT *v.* JONES, ASSISTANT WARDEN, ET AL. C. A. 5th Cir. Motion of petitioner to strike brief in opposition and for sanctions denied. Certiorari denied.

No. 93–980. ANDRISANI *v.* SUPERIOR COURT OF CALIFORNIA, APPELLATE DEPARTMENT, COUNTY OF LOS ANGELES, ET AL., 510 U. S. 1115;

No. 93–1161. IVIMEY ET AL. *v.* AMERICAN BANK OF CONNECTICUT, 510 U. S. 1178;

No. 93–6591. KIM *v.* REICH, SECRETARY OF LABOR, 510 U. S. 1053;

No. 93–7425. KEEGAN *v.* FLORIDA DEPARTMENT OF HEALTH AND REHABILITATIVE SERVICES, 510 U. S. 1180;

No. 93–7426. PARRIS *v.* CUTHBERT ET AL., 510 U. S. 1180;

No. 93–7464. ABIDEKUN *v.* COMMISSIONER OF SOCIAL SERVICE OF THE CITY OF NEW YORK, 510 U. S. 1168;

No. 93–7532. COPELAND *v.* CHESAPEAKE & POTOMAC TELEPHONE COMPANY OF VIRGINIA ET AL., 510 U. S. 1181; and

No. 93–7558. MOSLEY *v.* COUNTY OF CLARK, 510 U. S. 1181. Petitions for rehearing denied.

No. 93–1226. IN RE KUONO, 510 U. S. 1175. Motion of petitioner for leave to amend the petition for rehearing denied. Petition for rehearing denied.

APRIL 26, 1994

No. 93–8829 (A–881). ANDERSON *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DI-